STEPHEN VAZZANO ET AL. *v.* THE PROCTOR AND GAMBLE DISTRIBUTING COMPANY ET AL.
(5970)

BIELUCH, STOUGHTON and NORCOTT, Js.

Argued April 19—decision released April 26, 1988

*Laurence V. Parnoff* filed a brief for the appellants (plaintiffs).

*Paul A. Scholder,* with whom was *Lawrence A. Levinson,* for the appellee (named defendant).

*Dion W. Moore,* for the appellee (defendant Maytag Company).

PER CURIAM. There is no error.